UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
MAY 19 2004

| | |
|---|---|
| GATEWAY, INC., | ) |
| Plaintiff, | ) |
| | ) CIV. 04-4055 |
| vs. | ) |
| | ) |
| ENER1, INC. a Florida corporation, | ) **DISMISSAL WITHOUT** |
| f/k/a Inprimis, Inc., f/k/a Boca Research, Inc.; and | ) **PREJUDICE** |
| BOCA GLOBAL, INC., a Florida corporation; | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

COMES NOW GATEWAY, INC. by and through its attorney, Lee A. Magnuson, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, dismisses this case without prejudice.

Dated this 18th day of May, 2004.

Lynn, Jackson, Shultz & Lebrun, P.C.

By: _____
Lee A. Magnuson
Heath R. Oberloh
Attorneys for Defendants
P.O. Box 1920
Sioux Falls, SD 57101-3020
605-332-5999-phone
605-332-4249-fax